```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

ADRIAN LACEY,                         :

    Petitioner,                    :
                                      CIVIL ACTION 15-00349-KD-M
v.                                    :
                                  CRIMINAL ACTION 13-00112-KD-M
UNITED STATES OF AMERICA,             :

    Respondent.                    :

## ORDER

    After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

    It is ORDERED that Petitioner's Motion to Vacate (Doc. 251) be DENIED and that this action be DISMISSED. It is further ORDERED that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

    DONE this 29th day of April, 2016.

                                                    s/ Kristi K. DuBose
                                                    KRISTI K. DuBOSE
                                                    UNITED STATES DISTRICT JUDGE