# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN LACEY, | : |
| Petitioner, | : |
| | : CIVIL ACTION NO. 15-0349-KD |
| vs. | : |
| | : CRIMINAL NO. 13-0112-KD |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## **ORDER**

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 30, 2019 (Doc. 293) is **ADOPTED** as the opinion of this Court.

Petitioner is not entitled to a certificate of appealability and he is not entitled to appeal *in forma pauperis*.

**DONE** this 21st day of August 2019.

                                          s/ Kristi K. DuBose
                                          KRISTI K. DuBOSE
                                          CHIEF UNITED STATES DISTRICT JUDGE